UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20295-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL RAMIREZ,

    Defendant.
_____/

### ORDER REQUIRING SUPPLEMENT TO MOTION FOR REDUCTION AND/OR MODIFICATION OF BOND

This matter is before the undersigned Magistrate Judge on the Motion for Reduction and/or Modification of Bond filed by defendant Raul Ramirez (DE # 16). This matter was previously before the undersigned on April 9, 2009, which was the defendant's initial appearance in court. At that time, following a full detention hearing, the government's request for detention was denied, and the court set a corporate surety bond in the amount of $300,000.00, plus a personal surety bond in the amount of $100,000.00 co-signed by the defendant's wife and daughter, together with special conditions of release.

At the outset, the undersigned notes that the chambers of the undersigned Magistrate Judge was never notified of this motion, and was not served with a copy of it. In the future, counsel should ensure that any motions or memoranda concerning bond matters are brought to my attention either through calling chambers to advise that the motion or memoranda has been filed, or delivering a copy to chambers. The CM/ECF system does not automatically deliver bond motions to the Magistrate Judge who set the bond.

A review of the motion reflects that it refers to two "attached" exhibits, but neither of them are attached.  In addition, although the defendant states that he does not have the ability to post the bond set, the defendant does not propose any alternative bond that he would be able to post.  At the detention hearing, the undersigned specifically found that a high corporate surety bond was necessary to assure the appearance of the defendant.  If the defendant seeks to lower this bond, he must propose detailed alternative conditions.  Finally, there is no certificate of consultation with opposing counsel.  Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Reduction and/or Modification of Bond is held in abeyance pending the filing of a Supplement to the Motion, which addresses the above issues.  A decision regarding whether a hearing is necessary will be made after the Supplement is filed.

**DONE AND ORDERED** in chambers in Miami, Florida, on April 28, 2009.

*Andrea M. Simonton*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
The Honorable Patricia A. Seitz, United States District Judge
All counsel of record via CM/ECF