UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20295-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAUL S. RAMIREZ,

        Defendant.
_____/

## ORDER DENYING MOTION TO SUPPRESS AND ADOPTING R&R

THIS MATTER is before the Court on the Report and Recommendation [DE-113] of United States Magistrate Judge John O'Sullivan following the January 25, 2010 evidentiary hearing and supplemental briefing on Defendant Raul Ramirez' Motion to Suppress Physical Evidence, namely 19 documents seized on the date of his arrest.[1]  The Report recommends that the Court deny the Defendant's Motion to Suppress [DE-83].  No objections have been filed to the Report.

The Court has undertaken a *de novo* review of the Motion, the parties' original and supplemental papers, the transcript of the hearing [DE-105], the exhibits introduced at the hearing and the record in the case.  The Court finds that the Magistrate Judge's factual findings are not clearly erroneous and, in fact, are amply supported by the record such that no other reasonable conclusion could be drawn from the evidence presented except that the Defendant's testimony that

---

[1] The documents are letters and bank statement in the name of Raul Ramirez and RA Medical Center and Ramirez Revocable Trust.  Also seized were two American Registry of Medical Assistants cards.

he objected to the search of his home at the time of his arrest is not credible, nor is the testimony of his wife, Odalys Ramirez, credible (that she did not sign the consent to search) for the reasons the Magistrate Judge noted. Additionally, the signature on the consent form is remarkably similar to the signature on the property receipt that Mrs. Ramirez admits she signed.

Moreover, the Magistrate Judge correctly applied the relevant law to the facts. As to the Defendant's argument that *Georgia v. Randolph*, 547 U.S. 103 (2006), rendered the search of his kitchen/office area improper, the Magistrate Judge correctly concluded that executing an arrest warrant and taking a defendant into custody does not constitute removal for the purpose of the *Randolph* exception. Therefore, it is

ORDERED that

(1)    The Magistrate Judge's Report and Recommendation [DE-113] is ADOPTED and AFFIRMED.

(2)    Defendant's Motion to Suppress Physical Evidence [DE-83] is DENIED.

DONE and ORDERED in Miami, Florida this 9th day of March, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable John J. O'Sullivan
Counsel of Record